| | |
|---|---|
| 1 | Bill Lann Lee (SBN 108452)<br>Kelly M. Dermody (SBN 171716) |
| 2 | Eve H. Cervantez (SBN 164709)<br>Elizabeth A. Alexander (pro hac vice) |
| 3 | Jahan C. Sagafi (SBN 224887)<br>LIEFF, CABRASER, HEIMANN & |
| 4 | BERNSTEIN, LLP<br>275 Battery Street, 30th Floor |
| 5 | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 |
| 6 | Facsimile: (415) 956-1008 |
| 7 | Norman A. Yatooma<br>Ryan Bobel |
| 8 | NORMAN YATOOMA & ASSOCIATES, P.C.<br>219 Elm Street |
| 9 | Birmingham, MI 48009-6306<br>Telephone: (248) 642-3600 |
| 10 | Facsimile: (248) 642-3601 |
| 11 | *[Additional counsel listed on signature page]* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated, | Case Nos. 03-2817 SI, 04-4730, and 04 4731<br><br>**STIPULATED JOINT NOTICE OF MOTION AND MOTION FOR ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY RACHEL POTTER** |
| | Plaintiffs, | |
| | v. | |
| | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., | |
| | Defendants. | |

431284.3

STIP. JOINT NOT. & MOT. FOR ORDER APPROVING
WITHDRAWAL OF OBJECTION OF RACHEL POTTER
CASE NO. 03-2817 SI

| | |
|---|---|
| 1 | |
| 2 | ELIZABETH WEST and JENNIFER LU, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, |
| 6 | A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO., |
| 7 | Defendants. |
| 8 | |
| 9 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, |
| 10 | v. |
| 11 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F |
| 12 | OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO. |
| 13 | Defendants. |

## STIPULATED JOINT NOTICE OF MOTION AND MOTION FOR ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY RACHEL POTTER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the above-captioned Plaintiffs and Objector hereby move the Court for an order approving the withdrawal of Class member Rachel Potter's objection. Movants request that this motion be decided on the papers. This Motion is based on this Notice of Motion, Motion, and supporting Memorandum, all pleadings and records on file in this action, and any other arguments and evidence presented to the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

Ms. Potter submitted an objection to the Claims Administrator, which was received on March 7, 2005. Class Counsel modified the settlement with respect to two of the objections, and the Court adopted another of the objections.

1         Because the Court accepted these objections that Ms. Potter, through her counsel, provided for the benefit of the Class, and to expeditiously achieve the aims of the Consent Decree, including prompt payment of the monetary relief to the Class, Plaintiffs have agreed to resolve Ms. Potter's objections on the following terms:

        (A)    Class Counsel agrees to pay Ms. Potter's counsel $69,000, payable from Class Counsel's fees within one (1) business day after Final Approval of the Consent Decree, as defined in the Consent Decree.

        (B)    This sum will fully satisfy Ms. Potter's individual claim, including any monetary relief and fees.

        (C)    Ms. Potter agrees to withdraw her objection and to not appeal the Court's judgment approving the Consent Decree.

        For the foregoing reasons, pursuant to Federal Rule of Civil Procedure 23(e)(4)(B), Plaintiffs and Objector Rachel Potter respectfully request that the Court grant this Motion For Order Approving Withdrawal of Objection Submitted By Rachel Potter.

Dated: June 7, 2005

Respectfully submitted,

| | |
|---|---|
| Julie Su<br>Minah Park<br>ASIAN PACIFIC AMERICAN LEGAL<br>   CENTER<br>1145 Wilshire Boulevard, 2nd Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 977-7500<br>Facsimile: (213) 977-7595 | Bill Lann Lee<br>Kelly M. Dermody<br>Eve H. Cervantez<br>Jahan C. Sagafi<br>LIEFF, CABRASER, HEIMANN<br>   & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| Kimberly West-Faulcon<br>NAACP LEGAL DEFENSE AND<br>   EDUCATIONAL FUND, INC.<br>1055 Wilshire Blvd., Suite 1480<br>Los Angeles, CA 90017<br>Telephone: (213) 975-0211<br>Facsimile: (213) 202-5773 | Thomas A. Saenz<br>Shaheena Ahmad Simons<br>MEXICAN AMERICAN LEGAL DEFENSE<br>   AND EDUCATIONAL FUND<br>634 South Spring Street<br>Los Angeles, CA 90014<br>Telephone: (213) 629-2512<br>Facsimile: (213) 629-0266 |

| | | |
|---|---|---|
| 1 | Sidney L. Gold<br>Traci M. Greenberg | Bryan L. Clobes<br>Melody Forrester |
| 2 | SIDNEY L. GOLD & ASSOCIATES, P.C.<br>1835 Market Street, Suite 515 | Jeffrey D. Lerner<br>MILLER FAUCHER AND CAFFERTY |
| 3 | Philadelphia, PA 19103<br>Telephone: (215) 569-1999 | One Logan Square, Suite 1700<br>Philadelphia, PA 19103 |
| 4 | | Telephone: (215) 864-2800 |
| 5 | Cleo Fields | Joseph C. Kohn |
| | RAINBOW/PUSH COALITION | Martin J. D'Urso |
| 6 | 930 East 50th Street | Diana Liberto |
| | Chicago, IL 60615 | Hilary Cohen |
| 7 | Telephone: (773) 373-3366 | KOHN, SWIFT & GRAF, P.C. |
| | | One South Broad Street, Suite 2100 |
| 8 | | Philadelphia, PA 19107 |
| | | Telephone: (215) 238-1700 |
| 9 | | |
| | James F. Keller | Jack W. Lee, Esq. (SBN 071626) |
| 10 | Zachary Gottesman | Lisa Duarte, Esq. (SBN 169750) |
| | GOTTESMAN & ASSOCIATES | John Ota, Esq. (SBN 195532) |
| 11 | 2121 URS Center | MINAMI, LEW & TAMAKI LLP |
| | 36 East 7th Street | 360 Post Street, 8th Floor |
| 12 | Cincinnati, OH 45202 | San Francisco, CA 94108 |
| | (513) 651-2121 | Telephone: (415) 788-9000 |
| 13 | | Facsimile: Fax (415) 398-3887 |

By: _____
Jahan C. Sagafi

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 18 | Jason Erlich<br>THE ERLICH LAW FIRM | Norman A. Yatooma<br>Ryan Bobel |
| | 177 Post Street, Suite 600 | NORMAN YATOOMA & ASSOCIATES, P.C. |
| 19 | San Francisco, CA 94108 | 219 Elm Street |
| | Telephone: (415) 552-2531 | Birmingham, MI 48009-6306 |
| 20 | Facsimile: (415) 552-2579 | Telephone: (248) 642-3600 |
| | | Facsimile: (248) 642-3601 |

By: _____
Norman A. Yatooma

*Attorneys Objector Rachel Potter*

06/09/2005 09:20 NORMAN YATOOMA & ASSOC → 14159561008 NO.981 D06
06/07/2005 15:03 FAX 415 398 3887 LIEFF CABRASER ... 005/008
Case 3:04-cv-02730-DSL Document 18 Filed 06/10/2005 Page 5 of 8
Case 3:03-cv-02817 Document 143 Filed 06/09/2005 Page 5 of 8

| | |
|---|---|
| 1   Sidney L. Gold | Bryan L. Clobes |
|     Traci M. Greenberg | Melody Forrester |
| 2   SIDNEY L. GOLD & ASSOCIATES, P.C. | Jeffrey D. Lerner |
|     1835 Market Street, Suite 515 | MILLER FAUCHER AND CAFFERTY |
| 3   Philadelphia, PA 19103 | One Logan Square, Suite 1700 |
|     Telephone: (215) 569-1999 | Philadelphia, PA 19103 |
| 4 | Telephone: (215) 864-2800 |
| 5   Cleo Fields | Joseph C. Kohn |
|     RAINBOW/PUSH COALITION | Martin J. D'Urso |
| 6   930 East 50th Street | Diana Liberto |
|     Chicago, IL 60615 | Hilary Cohen |
| 7   Telephone: (773) 373-3366 | KOHN, SWIFT & GRAF, P.C. |
| | One South Broad Street, Suite 2100 |
| 8 | Philadelphia, PA 19107 |
| | Telephone: (215) 238-1700 |
| 9 | |
|     James F. Keller | Jack W. Lee, Esq. (SBN 071626) |
| 10   Zachary Gottesman | Lisa Duarte, Esq. (SBN 169750) |
|     GOTTESMAN & ASSOCIATES | John Ota, Esq. (SBN 195532) |
| 11   2121 URS Center | MINAMI, LEW & TAMAKI LLP |
|     36 East 7th Street | 360 Post Street, 8th Floor |
| 12   Cincinnati, OH 45202 | San Francisco, CA 94108 |
|     (513) 651-2121 | Telephone: (415) 788-9000 |
| 13 | Facsimile: Fax (415) 398-3887 |

14
15                    By: _____
                            Jahan C. Sagafi

16                  *Attorneys for Plaintiffs*

| | |
|---|---|
| 17 | |
|     Jason Erlich | Norman A. Yatooma |
| 18   THE ERLICH LAW FIRM | Ryan Bobel |
|     177 Post Street, Suite 600 | NORMAN YATOOMA & ASSOCIATES, P.C. |
| 19   San Francisco, CA 94108 | 219 Elm Street |
|     Telephone: (415) 552-2531 | Birmingham, MI 48009-6306 |
| 20   Facsimile: (415) 552-2579 | Telephone: (248) 642-3600 |
| | Facsimile: (248) 642-3601 |

21
22                    By: _____
                            Norman A. Yatooma

23                  *Attorneys Objector Rachel Potter*

24
25
26
27
28

431384.3            - 4 -        STIP. JOINT NOT. & MOT. FOR ORDER APPROVING
                                                                   WITHDRAWAL OF OBJECTION OF RACHEL POTTER
                                                                              CASE NO. 03-2817 SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| EDUARDO GONZALEZ, ANTHONY OCAMPO, ENCARNACION GUTIERREZ, JOHAN MONTOYA, JUANCARLOS GÓMEZ-MONTEJANO, JENNIFER LU, AUSTIN CHU, IVY NGUYEN, ANGELINE WU, ERIC FIGHT, CARLA GRUBB, DAVID CULPEPPER, PATRICE DOUGLASS, and ROBAIR SHERROD, BRANDY HAWK and ANDRE STEELE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO.,<br><br>Defendants. | Case No. 03-2817 SI<br><br>**[PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION SUBMITTED BY RACHEL POTTER** |

| | |
|---|---|
| 1 | |
| 2 | ELIZABETH WEST and JENNIFER LU, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F OHIO, INC., and ABERCROMBIE |
| 6 | & FITCH MANAGEMENT CO., |
| 7 | Defendants. |
| 8 | |
| 9 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, |
| 10 | v. |
| 11 | ABERCROMBIE & FITCH STORES, INC., A&F CALIFORNIA, LLC, A&F |
| 12 | OHIO, INC., and ABERCROMBIE & FITCH MANAGEMENT CO. |
| 13 | Defendants. |

431284.3 - 2 - [PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION OF RACHEL POTTER
CASE NO. 03-2817 SI

This matter is before the court on Plaintiffs' Motion For Order Approving Withdrawal of Objection Submitted By Rachel Potter.

Having considered the arguments of the parties, the supporting documentation, the facts and circumstances of this case, and in light of the applicable law, the Court finds that approval of the withdrawal of Rachel Potter's objection is warranted under the circumstances.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure 23(e)(4)(B), withdrawal of Rachel Potter's objection is approved.

Dated: 6/10/05 , 2005

s/Susan Illston
_____
U.S. DISTRICT JUDGE SUSAN ILLSTON

431284.3

- 3 -

[PROPOSED] ORDER APPROVING
WITHDRAWAL OF OBJECTION OF RACHEL POTTER
CASE NO. 03-2817 SI