**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GONZALEZ, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ABERCROMBIE & FITCH STORES, INC., et al.,<br><br>        Defendants.<br>_____/ | Nos. C 03-02817 SI; C 04-4730 and C 04-4731<br><br>**ORDER RE: DEFENDANT'S MOTION FOR ORDER SHORTENING TIME; SETTING SCHEDULE ON DEFENDANT'S MOTION FOR ORDER DIRECTING COURT-APPOINTED MONITOR'S ANNUAL COMPLIANCE REPORTS AND EXECUTIVE SUMMARIES TO BE FILED UNDER SEAL** |

The Court has reviewed the parties' papers regarding defendant's motion for an order shortening time. (Docket No. 164). The Court DENIES defendant's request for a hearing prior to August 31, 2007, and sets the following schedule on defendant's motion for an order directing Court-appointed monitor's annual compliance reports and executive summaries to be filed under seal: opposition briefs must be filed no later than **August 24, 2007**; defendant's reply, if any, must be filed no later than **August 31, 2007**; and the hearing shall be held on **September 14, 2007 at 9:00 a.m.**

    **IT IS SO ORDERED.**

Dated: August 20, 2007

                                                               SUSAN ILLSTON
                                                               United States District Judge